1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                               DISTRICT OF NEVADA

8                                      * * *

9     JOHN PRIDGEN,                        Case No. 2:12-cv-01354-MMD-PAL

10                          Plaintiff,      ORDER ADOPTING REPORT AND
                                            RECOMMENDATION (dkt. no. 6)
11          v.

12
      V. PAREZ, et al.,
13
                           Defendants.
14

15          Before the Court is the Report and Recommendation of the Honorable Peggy A.

16    Leen, United States Magistrate Judge, entered January 22, 2013. (Dkt. no. 6.)

17          The Court previously denied Plaintiff's Application to Proceed *in Forma Pauperis*

18    because it could not determine whether Plaintiff was a patient or inmate at Northern

19    Nevada Hills Mental Health Services. (Dkt. no. 2.)  Plaintiff was directed to clearly state

20    whether or not he was incarcerated in any second application.  Plaintiff filed a second

21    application, but again did not state whether or not he is incarcerated.  He submitted the

22    form application for individuals who are not incarcerated.  The application, however,

23    states that Plaintiff is incarcerated at 500 Galetti Way, Sparks, Nevada, the address for

24    the Northern Nevada Hills Mental Health Services.  Moreover, Plaintiff did not provide

25    the required financial affidavit or statements from any inmate trust accounts as the Court

26    asked for in its previous order.  The Magistrate Judge accordingly recommends that

27    Plaintiff's Application to Proceed *in Forma Pauperis* be denied with prejudice, as it is

28    impossible for the Court to determine whether Plaintiff is eligible to proceed *in forma*

1  *pauperis.*[1]   The Magistrate Judge also recommends dismissing Plaintiff's Complaint.

2  (Dkt. no. 6.)

3      Plaintiff did not file an objection to the Magistrate Judge's Report and

4  Recommendation, but instead filed an Amended Complaint (dkt. no. 7).

5      The Court has conducted a *de novo* review of the record in this case in

6  accordance with 28 U.S.C. § 636(b)(1) and Local Rule IB 3-2, and determines that

7  Magistrate Judge Leen's Report and Recommendation (dkt. no. 6) should be

8  ACCEPTED.

9      IT IS THEREFORE ORDERED Plaintiff's Application to Proceed *in Forma*

10  *Pauperis* (dkt. no. 4) is DENIED WITH PREJUDICE. This action is dismissed.  The Clerk

11  of the Court is HEREBY ORDERED to close the case.

12

13      ENTERED this 26th day of February 2013.

14  _____

15  MIRANDA M. DU
    UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26  ────────────────────

27      [1]In addition, Plaintiff has not appraised the Court of his new address pursuant to
    Local Special Rule 2-2. The Report and Recommendation was returned as
28  undeliverable. (Dkt. no. 8.)